## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Cr. No. 09-704(SRC) |
| Plaintiff, | : | |
| v. | : | |
| | : | **CONSENT ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |
| OMAR RODRIGUEZ | : | |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by defendant, Omar Rodriguez, through his attorney Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Andrew Carey, Esq., Assistant United States Attorney appearing) for an Order modifying the defendant's conditions of release, and the Court having considered the matter and for good and sufficient cause shown;

**IT IS** on this ___17___ day of **DECEMBER, 2010;**

**ORDERED** that:

1. Defendant shall be released on a $250,000 bond secured by the available equity in the property owned by Edwin and Jacqueline Tubens located at: 135-38 124th St, South Ozone Park, Queens, New York 11420;

2. Additional cosigners on the bond shall be Cindy and Belkis Rosario, of 73 Fairmount Avenue, 1st Floor, Yonkers, New York 10701;

3. Margarita nee Rosario Torres 133-42 124th Street, Apartment 2, South Ozone Park, Queens, NY 11420 shall act as Third Party Custodian for Defendant;

4. Defendant is required to be under the supervision of Pretrial Services;

5. Defendant is ordered to be on home detention with electronic monitoring, with exceptions for religious services, necessary medical treatment, substance abuse testing, attorney visits, court appearances, or other activities as pre-approved by the Pretrial Services;

6. Defendant shall pay all or part of the cost of the electronic monitoring based on ability to pay as determined by Pretrial Services;

7. Defendant shall immediately surrender all passports and travel documents to Pretrial Services;

8. Defendant may not apply for new travel documents;

9. Defendant is restricted to travel only within the States New Jersey and New York;

10. Defendant must submit to substance abuse testing and/or treatment as directed by Pretrial Services;

11. Defendant is required to maintain current residence or a residence approved by Pretrial Services;

12. Defense Counsel shall assure that the requisite lien is perfected on the Queens property [Affidavit for Confession of Judgement] and produce proof of same by Friday, December 31, 2010.

*[signature]*
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the within Order.

*[signature]*
ANDREW CAREY, ESQ.
Assistant U.S. Attorney

*[signature]*
MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant,
OMAR RODRIGUEZ